**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-936 RHK/SRN**

| | |
|---|---|
| Melissa Brunkow,<br><br>Plaintiff,<br>v.<br><br>PDHC Limited,<br>d/b/a BrookPark Dental,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorneys, and Defendant and their attorney that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Jan. 8, 2002.

**THE BARRY LAW OFFICE, LTD.**

By: ____________________
Peter F. Barry, Esq.
**Attorney for Plaintiff**
Attorney I.D.#**0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
**Attorney for Plaintiff**
Attorney I.D. #**0249646**
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: January 9, 2002.

**FREDRIKSON & BYRON, P.A.**

By: ____________________
Robin L. Preble, Esq.
**Attorney for Defendant**
Attorney I.D. #**271901**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: 612-347-7000



J:\37000 Settled\37187 Brunkow v. BrookPark Dental (PFB)\Settlement\Stip of Dismissal with Pred..doc

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 14 2002
DEPUTY CLERK ________

**ORDER**

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/14/02.

JUDGE RICHARD H. KYLE
United States District Court